1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  TOM A. LEGAULT,

No.  **C 12-03709** ~~JCS~~  RS

12          Plaintiff,

**ORDER SHORTENING TIME.**

13  v.

14  VINCENT RIZZUTO,

Time:         1:30 p.m.
Date:         August 30, 2012

15          Defendant.

Courtroom:   Courtroom 3 - 17th Floor
San Francisco Courthouse

16

450 Golden Gate Avenue
San Francisco, California, 94102

17

18

**THE HONORABLE RICHARD SEEBORG**

19

20

**ORDER SHORTENING TIME**

21

        Plaintiff   and   Moving   Party   TOM   A.   LEGAULT's   Application/Motion   for   Order

22

Shortening Time and/or Advancing the hearing and service of its Motion to Remand having been

23

heard, and GOOD CAUSE APPEARING,

24

        **IT IS HEREBY ORDERED:**

25

        1.      Plaintiff's Motion to Remand shall be set for hearing on  September 6      ,   2102

26

at 1:30 p.m. in Courtroom 3 - 17th Floor, at the Federal Courthouse located at 450 Golden Gate

27

Avenue, San Francisco, California, 94102;

28

        2.      Plaintiff   shall   serve   a   copy   of   its   Motion   to   Remand   and   the   supporting   papers

1

ORDER SHORTENING TIME                                                      C 12-03709 JCS

1    upon Defendant VINCENT RIZZUTO, in person, via fax, or via overnight mail or by any other

2    method that will give reasonable notice to Defendant no later than __August 23___,   2102.      A

3    copy of this Order Shortening Time shall be served along with such motion.

4            3.       Any Opposition to Plaintiff's Motion to Remand shall be filed and served no later

5    than __September 3_____, 2012.

6            4.       Plaintiff's Reply, if any it so deems necessary, shall be filed and served no later

7    than __September 5_____, 2012.

8    Dated: August _23___, 2012

9

10                                              _____
                                                  **THE HONORABLE RICHARD SEEBORG**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER SHORTENING TIME                                                      C 12-03709 JCS