1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM A. LEGAULT,<br><br>    Plaintiff,<br><br>v.<br><br>VINCENT RIZZUTO,<br><br>    Defendant. | No. **C 12-03709** ~~JCS~~  RS<br><br>**ORDER SHORTENING TIME.**<br><br>Time:        1:30 p.m.<br>Date:        August 30, 2012<br>Courtroom:  Courtroom 3 - 17th Floor<br>                 San Francisco Courthouse<br>                 450 Golden Gate Avenue<br>                 San Francisco, California, 94102<br><br>**THE HONORABLE RICHARD SEEBORG** |

**ORDER SHORTENING TIME**

   Plaintiff and Moving Party TOM A. LEGAULT's Application/Motion for Order Shortening Time and/or Advancing the hearing and service of its Motion to Remand having been heard, and GOOD CAUSE APPEARING,

   **IT IS HEREBY ORDERED:**

   1.   Plaintiff's Motion to Remand shall be set for hearing on __September 6__, 2102 at 1:30 p.m. in Courtroom 3 - 17th Floor, at the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, 94102;

   2.   Plaintiff shall serve a copy of its Motion to Remand and the supporting papers

1 | upon Defendant VINCENT RIZZUTO, in person, via fax, or via overnight mail or by any other
2 | method that will give reasonable notice to Defendant no later than __August 23__, 2102.    A
3 | copy of this Order Shortening Time shall be served along with such motion.
4 |     3.    Any Opposition to Plaintiff's Motion to Remand shall be filed and served no later
5 | than __September 3__, 2012.
6 |     4.    Plaintiff's Reply, if any it so deems necessary, shall be filed and served no later
7 | than __September 5__, 2012.
8 | Dated: August _23_, 2012

_____
**THE HONORABLE RICHARD SEEBORG**